**FILED**

AO91 (Rev. 12/03) Criminal Complaint                                    AUSA  Herbert  Lindsey

# UNITED STATES DISTRICT COURT

DEC 2 0 2010

CLERK. U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

Western District Of Texas Del Rio Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| Juan Ramon FARIAS-Alvarez | Case Number:  DR10-8457m-01 |

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief. On or about    December 16, 2010    in    Uvalde    County, in

the    Western District Of Texas    defendant(s),

Juan Ramon FARIAS-Alvarez, an alien, entered, or was found in the United States at or near Uvalde, Texas, after having been denied admission, excluded, deported, or removed from the United States through Laredo, Texas on November 6, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto.  Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title    8    United States Code, Section(s)    1326(a)(1)

I further state that I am a(n)    Border Patrol Agent    and that this complaint is based on the

following facts:
The defendant, Juan Ramon FARIAS-Alvarez, was arrested by Border Patrol Agents, on December 16, 2010 for being an alien illegally present in the United States. Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on November 6, 2010 through Laredo, Texas. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.

Continued on the attached sheet and made a part of this complaint:        ☐ Yes    ☒ No

_____
Signature of Complainant

Mireles, Leroy
_____
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 20, 2010                                    at    Del Rio, Texas
_____                          _____
Date                                                     City/State

Victor Garcia          U.S. Magistrate Judge                _____
_____                          Signature of Judge
Name of Judge          Title of Judge